USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 28, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :      **19 CR 169 (VM)**
                                   :
        -against-                  :
                                   :      **ORDER**
MANOLO DONES,                      :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be held by teleconference before Judge Marrero on Friday, June 5, 2020 at 10:30 a.m. Counsel is directed to use the following dial-in: 1-888-363-4749 (international callers use 1-215-446-3662), access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          28 May 2020

                                   _____
                                         Victor Marrero
                                            U.S.D.J.