USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             - against -<br><br>MANOLO DONES,<br>                    Defendant. | **19 CR 169 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

The Court hereby schedules a status conference on November 15, 2024, at 3:30pm to address alleged violations of supervised release.

**SO ORDERED.**

Dated:    28 October 2024
         New York, New York

_____
            Victor Marrero
              U.S.D.J.